**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TIMOTHY BLACK,

        Petitioner,

vs.                                  CASE NO. 4:09cv30-SPM/WCS

STATE OF FLORIDA, et al.,

        Respondents.

_____/


## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

THIS CAUSE comes before the Court on the Magistrate Judge's Report and Recommendation (doc. 26).  Petitioner has filed objections.  (doc. 27) pursuant to Title 28, United States Code, Section 636(b)(1).  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a *de novo* determination of those portions to which an objection has been made.   This Court finds that the Magistrate Judge has clearly and articulately demonstrated the legal and procedural fallacies in Petitioner's claims.  Petitioner's objections continue in the same vein as his original complaint, with references to admiralty law and third-party interveners, none of which have any relevance to this case.  Nothing in his objections even refers to the Report and Recommendation, nor does he demonstrate any legal or factual errors existing therein.  Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The Magistrate Judge's Report and Recommendation is **adopted**

and incorporated by reference in this Order; and

2.      The Petition for Writ of Habeas Corpus in Admiralty is hereby

construed as a § 2254 petition and as such, the petition is hereby

**summarily dismissed**.

DONE AND ORDERED this <u>fourth</u> day of June, 2009.


 _s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge

2